# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: <u>Hunter v. Martinez</u> | : | CIVIL NO. 1:CV-10-1410 |
| Inmate: **Anthony Dante Hunter** | : | (Judge Conner) |
| ID Number: **40334-007** | : | |

## ORDER

On July 8, 2010, Anthony Dante Hunter, an inmate currently confined at the District of Columbia Community Corrections Center, Washington, DC, filed a habeas corpus petition without submitting a filing fee or a motion to proceed <u>in forma pauperis</u>. By Administrative Order dated July 12, 2010, the Petitioner was informed that this case would be dismissed without prejudice unless, within thirty (30) days, he either paid the statutory filing fee of $5.00 or filed a properly completed application to proceed <u>in forma pauperis</u>. Notwithstanding this admonition, thirty (30) days have elapsed and the Petitioner has neither made an appropriate submission nor requested an extension of time in which to do so.

**THEREFORE**, **IT IS ORDERED THAT** this action is dismissed without prejudice, and the Clerk of Court shall close this file.

                                                                S/ Christopher C. Conner  
                                                                CHRISTOPHER C. CONNER  
                                                                United States District Judge

DATE: August 18, 2010